UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| UNITED STATES OF AMERICA, | Case No.: 2:06-cr-210-LDG-VCF |
|---|---|
| Plaintiff, | |
| vs. | **ORDER FOR PLACEMENT IN THE RESIDENTIAL REENTRY CENTER** |
| DANE KEISER, | |
| Defendant. | |

Presently before the court is the matter of U.S. v. Simon et al. in particular defendant DANE KEISER.

On August 21, 2012, this court held a hearing for revocation of supervised release as to defendant DANE KEISER ("Mr. Keiser"). The Court agreed to modify Mr. Keiser's supervision to include his residence in the residential re-entry center for three months (90 days).

Accordingly,

IT IS HEREBY ORDERED ADJUDGED AND DECREED that defendant DANE KEISER reside in a residential re-entry center/Half-way House for a period of three (3) months.

DATED:   August 21, 2012

_____
UNITED STATES DISTRICT JUDGE

1