UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

UNITED STATES OF AMERICA,)
)   2:06-CR-210-LDG-LRL
      Plaintiff,)
)
vs.)
)
DANE KEISER)
)
      Defendant.)

## ORDER

The matter before the court is to clarify the order of restitution previously entered as part of the Judgment in a Criminal Case (#825) on July 25, 2008. Upon further review of the restitution order in this matter, the specifics needed to complete the order of restitution were not made a part of the Judgment. Therefore, good cause appearing,

**IT IS ORDERED** that the defendant shall make restitution to the following payee(s) listed below:

    Name of Payee: CITIGROUP INVESTIGATIVE SERVICES
    Amount of Restitution: $169,557.00

    **Total Amount of Restitution ordered:** $169,557.00\*\*
    \*\*Joint and Several with co-defendants

Dated this _14_ day of December, 2016.

_____
UNITED STATES DISTRICT JUDGE